JANUARY 21, 2000

No. 98–829. FLORIDA DEPARTMENT OF CORRECTIONS *v.* DICKSON ET AL. C. A. 11th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing

counsel on or before 3 p.m., Friday, March 3, 2000. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 31, 2000. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 17, 2000. This Court's Rule 29.2 does not apply.